UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**INGRID M. RAMSEY-GREAVES,**

    **Plaintiff,**

v.                              Case No.  8:07-cv-448-T-30MAP

**DELAWARE NORTH/TAMPA SPORTSERVICE,**

    **Defendant.**
_____/

### ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal (Dkt. #5).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on May 31, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2007\07-cv-448.dismissal 5.wpd